**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 24-cv-03255<br><br>**Judge Sunil R. Harjani** |

**PRELIMINARY INJUNCTION ORDER**

　　　　Plaintiff Microsoft Corporation ("Microsoft" or "Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Seller Aliases"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

　　　　This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered May 15, 2024, [23] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

　　　　This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] The e-commerce store urls are listed on Schedule A hereto.

consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "Minecraft Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Minecraft Trademarks. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Minecraft Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the Minecraft Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or

2

authorized to use any of the Minecraft Trademarks, and (3) Defendants' use of the Minecraft Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Minecraft Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Minecraft Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Microsoft product or not authorized by Microsoft to be sold in connection with the Minecraft Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Microsoft product or any other product produced by Microsoft, that is not Microsoft's or not produced under the authorization, control, or supervision of Microsoft and approved by Microsoft for sale under the Minecraft Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Microsoft, or are sponsored by, approved by, or otherwise connected with Microsoft; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Microsoft, nor authorized by Microsoft to be sold or offered for sale, and which bear any of Microsoft's trademarks, including the Minecraft Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Microsoft's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon") and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Microsoft expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying

4

information associated with the Seller Aliases and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Seller Aliases; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Amazon Pay, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), and Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Microsoft's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Minecraft Trademarks.

5. Any Third Party Providers, including Amazon, Amazon Pay, Payoneer, PayPal, Stripe, and Walmart, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6.     Microsoft may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley and any e- mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.     Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Paul Varley [15], and the TRO [23] are unsealed.

8.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.     The $217,000.00 bond posted by Microsoft shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Sunil R. Harjani
United States District Judge

Dated: June 11, 2024

**Schedule A**

| No. | Seller Alias | URL |
|---|---|---|
| 1 | AnXi Zoarium | https://www.amazon.com/sp?ie=UTF8&seller=AKYKXF1NBJSK8 |
| 2 | ChaoV Direct | https://www.amazon.com/sp?ie=UTF8&seller=A1WLYO4KTRPJLB |
| 3 | DMai | https://www.amazon.com/sp?ie=UTF8&seller=A1GCD3OL5WGR6T |
| 4 | Ernesqi-Home | https://www.amazon.com/sp?ie=UTF8&seller=A1F1ODB1V9NZYU |
| 5 | HOMEPOOL | https://www.amazon.com/sp?ie=UTF8&seller=A1PZFNJHUQAOB4 |
| 6 | jing yang maoyi | https://www.amazon.com/sp?ie=UTF8&seller=A2XBQ4WZBDNJJ2 |
| 7 | Orangeocean Outlets | https://www.amazon.com/sp?ie=UTF8&seller=A3L7ZUIFNKHT1B |
| 8 | WFBDAG | https://www.amazon.com/sp?ie=UTF8&seller=A27V52P1KPVKUA |
| 9 | Ai Jia | https://www.amazon.com/sp?ie=UTF8&seller=A33P4T30POEI5X |
| 10 | Alaxciax | https://www.amazon.com/sp?seller=A86VUVNCJ7FTQ |
| 11 | Angeer-US | https://www.amazon.com/sp?ie=UTF8&seller=AO79VEFND06AU |
| 12 | Animation products on sale | https://www.amazon.com/sp?ie=UTF8&seller=AWMSXD5LG3N81 |
| 13 | Aoxiyue | https://www.amazon.com/sp?ie=UTF8&seller=AU3ADVBDWMLLC |
| 14 | bairunshenghuoyongpinshanghang | https://www.amazon.com/sp?ie=UTF8&seller=A3H6WPLM9XXTBR |
| 15 | BEST-CUSTOM | https://www.amazon.com/sp?ie=UTF8&seller=A2DP7F1C72SWMV |
| 16 | BiQingShangMao | https://www.amazon.com/sp?ie=UTF8&seller=A2KRCLBRDS20BV |
| 17 | BUSTORE | https://www.amazon.com/sp?seller=ALPF0SIM52WK2 |
| 18 | Caogeloubaihuodian | https://www.amazon.com/sp?ie=UTF8&seller=A1CO7QFFMKGHJG |
| 19 | ChaiSangQuXiangYunFeiBaiHuoDian | https://www.amazon.com/sp?ie=UTF8&seller=A2L0459ITXUY7T |
| 20 | ChenSiYuan8 | https://www.amazon.com/sp?ie=UTF8&seller=ANNRFC5UYU4J6 |
| 21 | cheyekui | https://www.amazon.com/sp?seller=A3N6NX7V58ZBCT |
| 22 | chunyujingchunjingutian | https://www.amazon.com/sp?ie=UTF8&seller=AMYGQXC0QBFGT |
| 23 | coolminecra blanket | https://www.amazon.com/sp?ie=UTF8&seller=A39IDBIC9ROCIQ |

| | | |
|---|---|---|
| 24 | craftcomicblanket | https://www.amazon.com/sp?ie=UTF8&seller=A1ENDJN062IU7B |
| 25 | DAXIRPI | https://www.amazon.com/sp?seller=A3ABS5XLNOC3BD |
| 26 | ddfdmmyyyy | https://www.amazon.com/sp?ie=UTF8&seller=A1Y2KI4M1XB98R |
| 27 | Deals and Bargains Galore | https://www.amazon.com/sp?ie=UTF8&seller=A29KDKTNO02TCK |
| 28 | dehuaxianyangfeishengbaihuoshanghang | https://www.amazon.com/sp?ie=UTF8&seller=AN8012QPQU4R9 |
| 29 | Dengzhenye | https://www.amazon.com/sp?ie=UTF8&seller=A3P5EXXLC8EHQ9 |
| 30 | Designruler | https://www.amazon.com/sp?ie=UTF8&seller=A3AKFCHJ13V03R |
| 31 | Digabi | https://www.amazon.com/sp?ie=UTF8&seller=AW9TTYPOYCX1F |
| 32 | Dincook | https://www.amazon.com/sp?seller=A2XQ1N5JSP8H3Q |
| 33 | DOFAFA | https://www.amazon.com/sp?ie=UTF8&seller=A2N2YIEL8A11HI |
| 34 | DONGPONG US | https://www.amazon.com/sp?ie=UTF8&seller=A2MXLANFFRF9D8 |
| 35 | Esseyiyo-us | https://www.amazon.com/sp?ie=UTF8&seller=A1JPCIKTENVIYI |
| 36 | FennSuin | https://www.amazon.com/sp?seller=AS5A4J7JWYQ8Q |
| 37 | Festival Decoration Decrit | https://www.amazon.com/sp?ie=UTF8&seller=A358TK7OZV7MF8 |
| 38 | Fewlight | https://www.amazon.com/sp?ie=UTF8&seller=AOA2YB15PWID0 |
| 39 | forshe201 | https://www.amazon.com/sp?seller=A1VPH4LU9BX0Y0 |
| 40 | FoRunNe | https://www.amazon.com/sp?ie=UTF8&seller=AYIOJG3T75AUD |
| 41 | Gaffey TOY | https://www.amazon.com/sp?ie=UTF8&seller=A2J7GRS9UEW0Z4 |
| 42 | Game Backpacks Store | https://www.amazon.com/sp?ie=UTF8&seller=A31O1AO2JOHD6Q |
| 43 | GaoWeiKOPNMVF | https://www.amazon.com/sp?ie=UTF8&seller=A2GPXTV4SL0OF7 |
| 44 | Gerbana | https://www.amazon.com/sp?ie=UTF8&seller=A9J4U0D13MW4S |
| 45 | GROUP DMR | https://www.amazon.com/sp?ie=UTF8&seller=AUQD8Z5PRF9BJ |
| 46 | guizhoutangquanxishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A17BYNWYWVWCPO |
| 47 | Hangzhou Xinde Handicraft Co., Ltd. | https://www.amazon.com/sp?seller=A1RA2CYRGD8X8B |

| | | |
|---|---|---|
| 48 | HAOchu | https://www.amazon.com/sp?ie=UTF8&seller=A2E5UFQVE1S2NX |
| 49 | haoyule231 | https://www.amazon.com/sp?ie=UTF8&seller=A2RA52D1AZBMTN |
| 50 | hefeijingtongxiandianzishangwuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3NCAT93DKE2EV |
| 51 | hefeitanliansongdianzishangwuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1RLUMT0DP8O4E |
| 52 | HeMingFu | https://www.amazon.com/sp?ie=UTF8&seller=AN10LJLM3V0WX |
| 53 | HONRG | https://www.amazon.com/sp?ie=UTF8&seller=APEEZKX90F4N0 |
| 54 | HOOLLEE | https://www.amazon.com/sp?ie=UTF8&seller=A233UGDU76FQU0 |
| 55 | HUANGBAO | https://www.amazon.com/sp?ie=UTF8&seller=A38ZPAYE7KYDEH |
| 56 | huayunju | https://www.amazon.com/sp?seller=A1AQ4LCMYORWPE |
| 57 | hubeishengkongrenkejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A15V634SK40DRZ |
| 58 | HUXXin | https://www.amazon.com/sp?ie=UTF8&seller=A21BF5LDY4NA03 |
| 59 | Jieqingtaozhuang | https://www.amazon.com/sp?ie=UTF8&seller=A20O5XDBAEONC5 |
| 60 | jinanyeting9oo9 | https://www.amazon.com/sp?ie=UTF8&seller=A29RC3C4AU3SRT |
| 61 | Jincrist | https://www.amazon.com/sp?seller=A29NCRPXQXYQS6& |
| 62 | DISMISSED | DISMISSED |
| 63 | jinxingjiagongdian | https://www.amazon.com/sp?ie=UTF8&seller=AB5TIE6MDB9XY |
| 64 | Jiuxi Direct | https://www.amazon.com/sp?seller=A2EWUTYNT2EQLD |
| 65 | jodyzuiqozw | https://www.amazon.com/sp?ie=UTF8&seller=A1E40DV2T93VIE |
| 66 | Jonking | https://www.amazon.com/sp?ie=UTF8&seller=A398LNBV4182ZL |
| 67 | JSWDDP | https://www.amazon.com/sp?ie=UTF8&seller=A13P725G019F5Q |
| 68 | kangzhenhao8451 | https://www.amazon.com/sp?ie=UTF8&seller=A2HAKRXUOT9X0C |
| 69 | DISMISSED | DISMISSED |
| 70 | Kolewo4ever | https://www.amazon.com/sp?ie=UTF8&seller=A2VTQZ75EEJC8B |
| 71 | kunminglijiahengshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A3JLZE3G40Q0HY |

| | | |
|---|---|---|
| 72 | KuuJee | https://www.amazon.com/sp?ie=UTF8&seller=AL2S0GK0UE063 |
| 73 | laijiandianzishangwushanghang | https://www.amazon.com/sp?ie=UTF8&seller=A18UI04VPBQI40 |
| 74 | laohekoushihuimengliandianzishangwugongzuoshi | https://www.amazon.com/sp?ie=UTF8&seller=A1N2JSTE4EQ9HA |
| 75 | laohekoushishichigedianzishangwugongzuoshi | https://www.amazon.com/sp?ie=UTF8&seller=AG90CU47M59SW |
| 76 | LEEPENK Allprettyall US | https://www.amazon.com/sp?ie=UTF8&seller=AD54CRP98EBL5 |
| 77 | Litingtingyu | https://www.amazon.com/sp?ie=UTF8&seller=AWGNK3BVO1VS8 |
| 78 | LiYingBin1976 | https://www.amazon.com/sp?ie=UTF8&seller=A23VIXMUKAC12H |
| 79 | LSXYJ-US | https://www.amazon.com/sp?seller=A3VC4RY59GR6GY |
| 80 | luotianyong | https://www.amazon.com/sp?ie=UTF8&seller=A1YKZ70FAUPDU5 |
| 81 | MaoNe | https://www.amazon.com/sp?ie=UTF8&seller=A1RSNTY71QYML5 |
| 82 | Martin Sandoval | https://www.amazon.com/sp?ie=UTF8&seller=A3FV2NB60RQXZK |
| 83 | meikenazihalimulati | https://www.amazon.com/sp?ie=UTF8&seller=A2MGC08WZIYSML |
| 84 | Meta Second | https://www.amazon.com/sp?ie=UTF8&seller=A1LYRC7UQ00AO0 |
| 85 | Michelle Carpenter | https://www.amazon.com/sp?ie=UTF8&seller=A1OI4CH0CI82ZW |
| 86 | Molandra | https://www.amazon.com/sp?seller=AO0Q9QI5G0IXT |
| 87 | mong us | https://www.amazon.com/sp?ie=UTF8&seller=A2EBM3XQAAI761 |
| 88 | MoSiMin | https://www.amazon.com/sp?seller=AWICJ3I0M01UZ |
| 89 | MPARTY | https://www.amazon.com/sp?seller=AM1UQC20R7IG8 |
| 90 | MWPARTY | https://www.amazon.com/sp?seller=A1DWCCJTPLKS3D |
| 91 | MWPARTY2 | https://www.amazon.com/sp?ie=UTF8&seller=A80CZGOUGQV8E |
| 92 | N2w0e3nDXEX0c1e2C | https://www.amazon.com/sp?ie=UTF8&seller=A19D824DAXNG5F |
| 93 | nanwangchongka | https://www.amazon.com/sp?ie=UTF8&seller=AEFRFCZXAH7ZN |
| 94 | Nifeel | https://www.amazon.com/sp?seller=A2DZBPP6DXVNZH |
| 95 | NsParty Supplies US | https://www.amazon.com/sp?seller=A32Y1F3GBYSNF1 |
| 96 | Only Love Boutique | https://www.amazon.com/sp?seller=A1SBS6N5AG72X9 |
| 97 | Orsay trade | https://www.amazon.com/sp?ie=UTF8&seller=A1T6L71UMU7MYD |

| | | |
|---|---|---|
| 98 | OuBao Shop | https://www.amazon.com/sp?ie=UTF8&seller=A2XRM2O3EXP5J7 |
| 99 | OUR Directly | https://www.amazon.com/sp?seller=A2ENQA5VCEFQNM& |
| 100 | OURS Directly | https://www.amazon.com/sp?seller=A2FAUFOARK6TD0 |
| 101 | OVITTAC Directly | https://www.amazon.com/sp?seller=APO2DNPX72J78& |
| 102 | OYSTERBOY | https://www.amazon.com/sp?ie=UTF8&seller=A1XUFQ8IE1VBA0 |
| 103 | PANXI | https://www.amazon.com/sp?seller=AC35JL6WK06YE& |
| 104 | PaoBeiShangMao | https://www.amazon.com/sp?seller=A326SCDO1566LX |
| 105 | Party Stickers | https://www.amazon.com/sp?ie=UTF8&seller=A33H3OS5RD263L |
| 106 | Phogary US | https://www.amazon.com/sp?ie=UTF8&seller=APYKNK5SE2KGV |
| 107 | pinlaguadianzikejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1J1QWYWTADHAA |
| 108 | PIVOTHOUSING | https://www.amazon.com/sp?ie=UTF8&seller=A38XIUY7R3YCNQ |
| 109 | Popuparty | https://www.amazon.com/sp?seller=A1DREZJJFYD0XK |
| 110 | Potota | https://www.amazon.com/sp?ie=UTF8&seller=A3SNDIYO3VRH9U |
| 111 | PSKDJD | https://www.amazon.com/sp?ie=UTF8&seller=A1AGIOCR5TOED5 |
| 112 | Qevxe Toy | https://www.amazon.com/sp?seller=AZC091H41QB5G& |
| 113 | Qinfelicor | https://www.amazon.com/sp?ie=UTF8&seller=A1MP72O6U19ROT |
| 114 | Qneng151133BmanS | https://www.amazon.com/sp?ie=UTF8&seller=AYHBPHA6VFVDR |
| 115 | ranqixing01 | https://www.amazon.com/sp?ie=UTF8&seller=A2YJ0YRDLRZHKH |
| 116 | Runyee Ltd. | https://www.amazon.com/sp?seller=A1U3TM65M1MNZO |
| 117 | SAYBZ Store | https://www.amazon.com/sp?seller=A6R04XZ8SSCAM |
| 118 | SEBAIHUI | https://www.amazon.com/sp?ie=UTF8&seller=A2WN7WPOLOI8E9 |
| 119 | shizishangmaoshanghang | https://www.amazon.com/sp?ie=UTF8&seller=A2TFAEKADZCZPG |
| 120 | ShuanQ | https://www.amazon.com/sp?ie=UTF8&seller=A301CNNILDN6LI |
| 121 | ShunJiankeji | https://www.amazon.com/sp?ie=UTF8&seller=AMVN8RGSL2UJS |
| 122 | Shythis | https://www.amazon.com/sp?seller=A353158EM1M2Q1 |
| 123 | Song Voice | https://www.amazon.com/sp?seller=A26N0JUA125KQ5 |
| 124 | songtang | https://www.amazon.com/sp?ie=UTF8&seller=A3HBSFZS049ECZ |
| 125 | Sunshine Style Store | https://www.amazon.com/sp?ie=UTF8&seller=A2VCEYGZ9NUTFT |

| | | |
|---|---|---|
| 126 | Swim upstream | https://www.amazon.com/sp?ie=UTF8&seller=A1A7RHYADN9T7Q |
| 127 | tanconghuidexiaodian | https://www.amazon.com/sp?ie=UTF8&seller=A1WDGXDXSP86OP |
| 128 | taoyanjishop | https://www.amazon.com/sp?ie=UTF8&seller=A29ILSF0JMUJ91 |
| 129 | TGEYW-US | https://www.amazon.com/sp?ie=UTF8&seller=A1U3ASZ3VJLIFG |
| 130 | The Heart of Gratitude | https://www.amazon.com/sp?ie=UTF8&seller=ALZQWS3UVPMZB |
| 131 | Tingqiongwei Ke Ji You Xian Gong Si | https://www.amazon.com/sp?ie=UTF8&seller=A1OHEIRJSXMQV |
| 132 | tongshanxianjierunbaihuoyingyebu | https://www.amazon.com/sp?ie=UTF8&seller=AUX6BM7XFPEMT |
| 133 | TQTYOY | https://www.amazon.com/sp?seller=A1U30Q7856RBMS& |
| 134 | TretarUS | https://www.amazon.com/sp?seller=A2XV3Q2WLRGRF |
| 135 | twochildren | https://www.amazon.com/sp?seller=A2YOB7HPFQDHHL |
| 136 | TYULI | https://www.amazon.com/sp?ie=UTF8&seller=A2TRQW7NX06ISF |
| 137 | Vocado US | https://www.amazon.com/sp?seller=AEIDT0ZDQFYRR |
| 138 | wang128083jia041012xue | https://www.amazon.com/sp?ie=UTF8&seller=A35JWRJ0XIUY9 |
| 139 | WenGuoQiang0911 | https://www.amazon.com/sp?ie=UTF8&seller=ARAT8M0QTNP4L |
| 140 | wenxinyiqd | https://www.amazon.com/sp?ie=UTF8&seller=A3E7X4KURU8ZA1 |
| 141 | DISMISSED | DISMISSED |
| 142 | Wild for Life | https://www.amazon.com/sp?seller=A2NCTYV3MX7FYA& |
| 143 | wuyan45 | https://www.amazon.com/sp?ie=UTF8&seller=A1FBRXHN7PL7IW |
| 144 | wuzhishanshizhangxiekejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1GGKBOQOJFLN8 |
| 145 | Xariy | https://www.amazon.com/sp?ie=UTF8&seller=A3PIMFYGTJHM3M |
| 146 | xibintedi | https://www.amazon.com/sp?ie=UTF8&seller=A2X0RI4IML2N1N |
| 147 | xushuaipingshangmaojingyingbu | https://www.amazon.com/sp?ie=UTF8&seller=ABK42586K7KIF |
| 148 | yanbodianzi | https://www.amazon.com/sp?ie=UTF8&seller=A2VM8KWB619G28 |
| 149 | YCUIC | https://www.amazon.com/sp?ie=UTF8&seller=A28C5X3C44F69Y |
| 150 | yibaobao | https://www.amazon.com/sp?ie=UTF8&seller=A1PPKRIRZG3SAR |

| | | |
|---|---|---|
| 151 | Yongchun County Mennan Network Trading Firm | https://www.amazon.com/sp?ie=UTF8&seller=AYOLH49HDH3YD |
| 152 | yongchunjinxingjiagongdian | https://www.amazon.com/sp?ie=UTF8&seller=AB5TIE6MDB9XY |
| 153 | yongyuandali | https://www.amazon.com/sp?ie=UTF8&seller=APURERFV8BHPD |
| 154 | YuanZhouQuYiXiaoBaiHuoDian | https://www.amazon.com/sp?seller=A23AX1F2ROW8YM |
| 155 | Yunfan YBJ | https://www.amazon.com/sp?ie=UTF8&seller=A2GO3HLQ3AZU2J |
| 156 | yuwangdz | https://www.amazon.com/sp?ie=UTF8&seller=A1H36UO1TMDU4Y |
| 157 | ZDAQUWN | https://www.amazon.com/sp?ie=UTF8&seller=AFOZFTCLRV3IV |
| 158 | ZhengHaoWangLDouKeYun | https://www.amazon.com/sp?ie=UTF8&seller=A19BO1Q2B0KAU9 |
| 159 | zhoukongpinUS | https://www.amazon.com/sp?ie=UTF8&seller=A1ETKBBN96O3UV |
| 160 | ZIPEN | https://www.amazon.com/sp?ie=UTF8&seller=AZHN03NT4T48S |
| 161 | ZXJkeng027350 | https://www.amazon.com/sp?ie=UTF8&seller=AT953O0FQ0NVD |
| 162 | 厦门市集美区端硅欲百货店 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZOY57QANOOHG |
| 163 | 安溪县城厢达清百货商行 | https://www.amazon.com/sp?ie=UTF8&seller=A1NWO2KZVP1OSH |
| 164 | 广西博越环保投资有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A1Q6A40FALIF1P |
| 165 | 浩耀百货 | https://www.amazon.com/sp?ie=UTF8&seller=A1O9042AWEZO14 |
| 166 | 蓝伟福的店 | https://www.amazon.com/sp?ie=UTF8&seller=A3K6AFWROPDDD5 |
| 167 | chuslarosdianadewi | http://chuslarosdianadewi.ecrater.com |
| 168 | dynablocks | http://dynablocks.ecrater.com |
| 169 | prasetyo | http://prasetyo.ecrater.com |
| 170 | purplecrystal2008 | http://purplecrystal2008.ecrater.com |
| 171 | suwantiwidyasari90 | http://suwantiwidyasari90.ecrater.com |
| 172 | abctoyshop | https://www.abctoyshop.com/ |
| 173 | aboluotoys | https://aboluotoys.com/ |
| 174 | animedwarf | https://animedwarf.com/ |
| 175 | anwhxt | https://www.anwhxt.shop |

| | | |
|---|---|---|
| 176 | bazbe | https://bazbe.com/ |
| 177 | Beaustar | https://www.beaustar.com/ |
| 178 | blackdop | https://www.blackdop.com/ |
| 179 | block of light | https://www.blockoflight.com/ |
| 180 | carnuoc arnuoc | https://www.arnuoc.com/ |
| 181 | carnuoc kauocsi | https://www.kauocsi.com/ |
| 182 | casemighty | https://www.casemighty.com/ |
| 183 | casevoge | https://casevoge.com/ |
| 184 | CostumesMascot | https://www.costumesmascot.com/ |
| 185 | dearlovey | https://www.dearlovey.com/ |
| 186 | EZcosplay | https://www.ezcosplay.com |
| 187 | fadcoco | https://www.fadcoco.com/ |
| 188 | fanrek | https://www.fanrek.com/ |
| 189 | fortysixcase | https://fortysixcase.myshopify.com/ |
| 190 | geekpark | https://www.geekpark.shop/ |
| 191 | getnamenecklace | https://www.getnamenecklace.com/ |
| 192 | giftcartoon | http://www.giftcartoon.com/ |
| 193 | gifury | https://gifury.com/ |
| 194 | hallowitch | https://www.hallowitchcostumes.com |
| 195 | ilybag | https://www.ilybag.com/ |
| 196 | Lofaris | https://www.lofarisbackdrop.com |
| 197 | Mayoulove | https://www.mayoulove.com |
| 198 | milcasestore | https://milcasestore.com/ |
| 199 | moonwalkbaby | https://moonwalkbaby.com |
| 200 | myinfinitys | https://www.myinfinitys.com/ |
| 201 | outfitgiftshop | https://outfitgiftshop.com/ |
| 202 | phonecasewiz | https://www.phonecasewiz.com/ |
| 203 | Pinkfad | https://www.pinkfad.com/ |
| 204 | prefaceart | https://www.prefaceart.com/ |
| 205 | Printitize | https://printitize.com/ |
| 206 | roseinside | https://www.roseinside.com |
| 207 | teeviews | https://teeviews.com/ |
| 208 | The Toddler Kids | https://www.thetoddlerkids.com/ |
| 209 | uhoodie | https://uhoodie.com/ |
| 210 | valucase | https://www.valucase.com/ |
| 211 | yornprints | https://yornprints.com/ |
| 212 | ALPS Watches | https://www.walmart.com/seller/101121479?itemId=1327446649 |
| 213 | BaoLiBo | https://www.walmart.com/seller/101117613 |
| 214 | LUX TOY | https://www.walmart.com/seller/101078076?itemId=5159030962 |
| 215 | RETON Learning Supplies Store | https://www.walmart.com/seller/101344085?itemId=5221967222 |
| 216 | shenlanshumakejiyo uxian Co.ltd | https://www.walmart.com/seller/101290441 |

15

| 217 | XYKG Co. ltd | https://www.walmart.com/seller/101118434?itemId=3894327235 |