I, XiaYang Lian, having personal knowledge of the matters set forth here, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I operate on-line storefronts dearlovey, getnamenecklace, myinfinitys, roseinside, Beaustar, identified on Schedule A to Plaintiff's Complaint.

3. I am the representative and principal of these stores.

4. I am submitting this Declaration in support of the Defendants' Motion to Modify the Asset Restraint.

5. I have personal knowledge of and I am competent to testify about the facts set forth herein.

6. We have a physical office located at CHINA.

7. We are not registered to do business in Illinois.

8. We have no regular or established place of business in Illinois.

9. We do not maintain any offices, employees, or telephone listings in Illinois.

10. We have no manufacturing facility or distribution facility in Illinois or the United States.

11. We do not pay taxes or maintain any bank accounts in Illinois and do not participate in any business meetings, seminars, or other marketing related activities in Illinois.

12. We have no employees who visit Illinois for business purposes, and do not send agents in Illinois to solicit business.

13. We do not own any real or personal property in Illinois.

14. Our operations related to the allegations in this case are located in China.

15. The amount frozen in the store's account by the injunctive relief in this case is $ 325593.30 .

16. The number of allegedly infringing items sold is  504 ITEMS( 18 ITEMS ARE RETURNED)  .

17. The revenue on the sales related to the allegedly infringing items is $ 7270.84 .

18. The freezing of our online platform accounts has significantly impacted our ability to run our business.

19. The asset restraint currently restricts withdrawal of any funds from our accounts, regardless of whether they come from lawful sales or concern future income.

20. Releasing the frozen funds in our accounts will enable us to continue the operation of our business.

Executed: XiaYang Lian

Date: 2024.07.05         By: XiaYang Lian   *XiaYang Lian*