Time: February 23, 2021 - April 16, 2024

| sku | platform | Order status | country | State (abbreviation) | Payment method | Quantity sold | Sales amount（$） |
|---|---|---|---|---|---|---|---|
| | myinfinitys.com | Regular order | United States | IL | paypal | 1 | 14.99 |
| 095-dearlovey.com | | Regular order | United States | CT | | 1 | 14.99 |
| | | | | FL | Worldpay | 1 | 12.75 |
| | | | | OR | | 1 | 14.99 |
| | | | | LA | | 1 | 12.75 |
| | | | | IL | | 2 | 29.98 |
| | | | | MI | paypal | 2 | 29.98 |
| | | | | OH | | 1 | 14.99 |
| Beaustar.com | | Regular order | United States | In | Worldpay | 1 | 19.99 |
| | | | | CA | | 1 | 19.99 |
| | | | | IL | | 1 | 19.98 |
| | | | | California | VISA-SSL | 1 | 19.98 |
| | | | | Pa | | 1 | 12.74 |
| | | | | Co | | 1 | 14.99 |
| | | | | NY | | 1 | 14.99 |
| | | | | CT | | 1 | 19.98 |
| | | | | IN | | 2 | 29.98 |
| | | | | FL | | 1 | 16.99 |
| | | | | IL | | 2 | 39.97 |
| | | | | MD | paypal | 1 | 19.98 |
| | | | | CA | | 2 | 39.96 |
| | | | | KS | | 1 | 19.98 |
| | | | | WY | | 1 | 14.99 |
| | | | | AZ | | 1 | 19.98 |
| | | | | PA | | 2 | 34.98 |
| | | | | IA | Master-SSL | 1 | 14.99 |
| | | Refund form | United States | IL | Worldpay | 1 | 19.99 |
| | | | | CT | | 1 | 14.99 |
| | | | | TX | | 4 | 59.96 |
| | | | | UT | | 1 | 14.99 |
| | | | | TN | | 2 | 29.98 |
| | | | | MD | | 1 | 12.29 |
| | | | | NC | | 2 | 29.98 |
| | | | | IL | | 3 | 44.97 |
| | | | | CA | | 2 | 29.98 |
| | | | | AR | | 2 | 29.98 |
| | | | | OH | | 2 | 29.98 |
| | | | | WA | | 1 | 14.99 |
| | | | | MI | | 4 | 59.96 |
| | | | | AL | Worldpay | 2 | 29.98 |
| | | | | ID | | 1 | 14.99 |
| | | | | AK | | 1 | 14.99 |
| | | | | RI | | 1 | 14.99 |
| | | | | MN | | 5 | 68.23 |
| | | | | VA | | 5 | 74.95 |
| | | | | AZ | | 1 | 14.99 |
| | | | | FL | | 1 | 14.99 |
| | | | | IA | | 2 | 29.98 |
| | | | | OK | | 3 | 44.97 |
| | | | | GA | | 3 | 42.73 |
| | | | | NE | | 1 | 14.99 |
| | | | | SC | | 3 | 44.97 |
| | | | | OR | | 2 | 29.98 |
| | | | | FL | | 3 | 44.97 |
| | | | | NM | | 4 | 57.71 |
| | | | | VA | | 2 | 29.98 |
| | | | | DE | | 1 | 12.74 |
| | | | | MI | | 1 | 14.99 |
| | | | | ME | | 2 | 29.98 |
| | | | | AZ | | 1 | 14.99 |
| | | | | WA | | 2 | 29.98 |
| | | | | OH | | 3 | 44.97 |
| | | | | MA | | 1 | 14.99 |
| | | | | CA | | 6 | 87.24 |
| | | | | MD | | 8 | 106.12 |
| | | | | IA | VISA-SSL | 1 | 12.74 |
| | | | | SC | | 2 | 29.98 |
| | | | | ID | | 2 | 29.98 |
| | | | | NY | | 5 | 70.45 |
| | | | | PA | | 5 | 74.95 |
| | | | | SD | | 1 | 13.19 |
| | | | | IN | | 3 | 42.72 |
| | | | | CO | | 3 | 42.72 |
| | | | | TX | | 5 | 73.15 |
| | | | | WI | | 1 | 14.99 |

| | | | | State | Payment | Qty | Amount |
|---|---|---|---|---|---|---|---|
| NA156 | Getnamenecklace | Regular order | United States | IL | | 3 | 39.57 |
| | | | | MN | | 6 | 89.94 |
| | | | | AR | | 5 | 74.95 |
| | | | | AL | | 3 | 44.97 |
| | | | | OH | | 9 | 114.81 |
| | | | | MI | | 8 | 115.44 |
| | | | | ME | | 4 | 54.56 |
| | | | | SC | | 1 | 14.99 |
| | | | | GA | | 4 | 57.71 |
| | | | | PA | | 12 | 174.48 |
| | | | | CA | | 31 | 440.12 |
| | | | | IN | | 6 | 89.94 |
| | | | | WV | | 2 | 27.74 |
| | | | | AR | | 5 | 74.95 |
| | | | | SD | | 3 | 44.97 |
| | | | | MS | | 7 | 90.98 |
| | | | | VA | | 5 | 72.71 |
| | | | | WA | | 5 | 72.7 |
| | | | | IL | | 16 | 226.81 |
| | | | | KY | | 4 | 59.96 |
| | | | | FL | | 11 | 145.43 |
| | | | | AZ | | 3 | 44.97 |
| | | | | IA | | 3 | 39.58 |
| | | | | AL | paypal | 9 | 125.16 |
| | | | | KS | | 2 | 29.98 |
| | | | | MO | | 5 | 68.23 |
| | | | | WI | | 3 | 44.97 |
| | | | | AK | | 1 | 14.99 |
| | | | | CT | | 1 | 14.99 |
| | | | | NY | | 9 | 125.47 |
| | | | | MD | | 6 | 83.19 |
| | | | | MN | | 2 | 29.98 |
| | | | | LA | | 5 | 70.45 |
| | | | | UT | | 1 | 14.99 |
| | | | | TN | | 8 | 117.68 |
| | | | | NJ | | 4 | 59.96 |
| | | | | OK | | 1 | 14.99 |
| | | | | TX | | 12 | 173.9 |
| | | | | MA | | 6 | 81.87 |
| | | | | NC | | 12 | 172.68 |
| | | | | WY | | 1 | 14.99 |
| | | | | NH | | 2 | 27.29 |
| | | | | PA | | 3 | 35.97 |
| | | | | FL | | 1 | 12.74 |
| | | | | KY | | 1 | 14.99 |
| | | | | MI | | 4 | 50.96 |
| | | | | MD | | 1 | 12.29 |
| | | | | VA | | 1 | 14.99 |
| | | | | KS | | 1 | 14.99 |
| | | | | MN | | 3 | 44.97 |
| | | | | MA | | 1 | 14.99 |
| | | | | MO | | 1 | 14.99 |
| | | | | AL | | 2 | 26.38 |
| | | | | IA | Master-SSL | 1 | 12.74 |
| | | | | TX | | 1 | 14.99 |
| | | | | OH | | 6 | 89.94 |
| | | | | CA | | 6 | 87.69 |
| | | | | SC | | 1 | 14.99 |
| | | | | IL | | 1 | 14.99 |
| | | | | NY | | 1 | 14.99 |
| | | | | WA | | 1 | 14.99 |
| | | | | LA | | 3 | 35.97 |
| | | | | IN | | 4 | 52.76 |
| | | | | NJ | | 2 | 29.98 |
| | | | | WV | DISCOVER-SSL | 1 | 14.99 |
| | | | | CA | | 1 | 14.99 |
| | | | | NJ | | 1 | 14.99 |
| | | | | NY | | 17 | 226.19 |
| | | | | AR | | 1 | 14.99 |
| | | | | OH | | 1 | 14.99 |
| | | | | GA | | 2 | 29.98 |
| | | | | TX | | 1 | 14.99 |
| | | | | MN | CHECKOUTPAY | 1 | 14.99 |
| | | | | KS | | 1 | 12.75 |
| | | | | FL | | 2 | 27.29 |
| | | | | HI | | 1 | 14.99 |
| | | | | IL | | 4 | 44.97 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | LA | | 1 | 12.75 |
| | | | | CO | | 2 | 27.74 |
| | | | | MI | | 1 | 14.99 |
| | | | | SC | AMEX-SSL | 1 | 14.99 |
| | | | | AR | | 1 | 11.99 |
| | | | | CT | | 1 | 14.99 |
| | | Refund form | United States | IL | Worldpay | 1 | 14.99 |
| | | | | CA | VISA-SSL | 3 | 44.97 |
| | | | | NE | | 4 | 50.96 |
| | | | | NY | | 2 | 29.98 |
| | | | | CA | paypal | 2 | 29.98 |
| | | | | GA | | 1 | 14.99 |
| | | | | TX | | 1 | 14.99 |
| | | | | KS | Master-SSL | 2 | 29.98 |
| | | | | NY | CHECKOUTPAY | 1 | 14.99 |
| | Roseinside.com | Regular order | United States | CO | Worldpay | 2 | 29.98 |
| | | | | IL | paypal | 1 | 14.99 |
| total | | | | | | 504 | 7270.64 |