**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                      Plaintiff,<br>v.<br><br>ANXI ZOARIUM, et al.,<br><br>                      Defendants. | Case No. 24-cv-03255<br><br>**Judge Sunil R. Harjani**<br><br>**Magistrate Judge Jeffrey Cole** |

## AGREED NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Microsoft Corporation ("Plaintiff") and Defendants Beaustar, dearlovey, getnamenecklace, myinfinitys, and roseinside ("Defendants") (collectively, the "Parties") hereby submit this agreed notice of settlement and motion to stay. Defendants filed their Motion to Modify the Asset Restraint [50] (the "Motion") on July 16, 2024. Plaintiff's response to the Motion is due September 17, 2024. *See* [83].

The Parties have reached a settlement in principle and are in the process of executing the agreement and corresponding terms. As such, the Parties request that this Court stay all deadlines in this case for 30 days while the Parties finalize settlement.

1

Dated this 9th day of September 2024.     Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Microsoft Corporation*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to all attorneys of record in this case.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60616
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Microsoft Corporation*