# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Microsoft Corporation

                        Plaintiff,

v.                                                       Case No.: 1:24–cv–03255
                                                                     Honorable Sunil R. Harjani

Potota, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 1, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Pursuant to the Stipulation of Dismissal [91] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice as to the following Defendants: Beaustar, dearlovey, getnamenecklace, myinfinitys, and roseinside. Each party shall bear its own attorney's fees and costs. All pending deadlines, motions, and hearings are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.